Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Myron W. Wentz, an individual

vs

Argyll Biotechnologies, a Delaware limited liability company, Immunosyn Corporation, a Delaware corporation and Does 1-10

**SUMMONS IN A CIVIL ACTION**

Case No. 09 CV 1841 H NLS

FILED
2009 SEP -3 PM 4: 15

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Nathan D. Thomas
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SEP 03 2009

W. Samuel Hamrick, Jr.
_____     _____
CLERK                          DATE

By _____ J. ROMAS _____ Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)