Nathan D. Thomas (Cal Bar. #234931)
**JONES WALDO HOLBROOK & McDONOUGH, P.C.**
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
Facsimile: (801) 328-0537
nthomas@joneswaldo.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MYRON W. WENTZ**, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>**ARGYLL BIOTECHNOLOGIES**, a Delaware limited liability company, **IMMUNOSYN CORPORATION**, a Delaware corporation, and Does 1-10.<br><br>        Defendants. | **CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS**<br><br>Civil No. 09-CV-01841-H-NLS<br><br>Honorable Marilyn L. Huff |

I hereby certify that April 25, 2011, I caused to be served: (1) *Plaintiff's First Set of Requests for Production of Documents*; and (2) *Plaintiff's First Set of Interrogatories* upon the following via First Class mail, postage pre-paid.

Todd Atkins
Atkins & Davidson
101 W Broadway , Suite 1050
San Diego, CA 92101
Tel: (619) 255-2380
Fax: (619) 231-4984
Email: tatkins@atkinsdavidson.com
*Counsel for Defendant Immunosyn Corporation*

DATED:  April 25, 2011.

JONES WALDO HOLBROOK &
McDONOUGH P.C.


_____/s/ Nathan D. Thomas_____
Nathan D. Thomas
Attorneys for Plaintiff