# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON W. WENTZ, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br>ARGYLL BIOTECHNOLOGIES, a Delaware limited liability company, IMMUNOSYN CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 09-CV-1841-H (BGS)<br><br>**FINAL STIPULATED JUDGMENT** |

Pursuant to agreement of the parties in resolution of this matter, IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff is awarded money damages against Defendant Immunosyn Corporation in the amount of $1,000,000.00 as requested in the complaint on file in this matter with continuing post-judgment interest at the maximum rate allowed by law.

2. This Final Judgment is in addition to and not in place of the Default Judgment entered against Defendant Argyll Biotechnologies, LLC, in the above-captioned matter on February 1, 2010, which is now a final judgment.

**IT IS SO ORDERED.**

DATED: August 11, 2011

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT